James Duo 63538066
_____
Name and Prisoner/Booking Number
USP Atwater
_____
Place of Confinement
P. O Box 019001
_____
Mailing Address
Atwater CA 95301
_____
City, State, Zip Code



**(Failure to notify the Court of your change of address may result in dismissal of this action.)**

Related DDJ

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

James Duo
_____ , )
(Full Name of Plaintiff)        Plaintiff,  )
                                             )
                     v.                      )  **CASE NO.** _____
                                             )  5:24-cv-01676-SPG-(AS)
(1) B. Lamar                                 )     (To be supplied by the Clerk)
_____ , )
(Full Name of Defendant)                     )
(2) N. T. Mckinney                           )
_____ , )  **CIVIL RIGHTS COMPLAINT**
                                             )      **BY A PRISONER**
(3) Lt. Alemena                              )   "Jury Trial Demand".
_____ , )
                                             )  ☑ Original Complaint
(4) Captain Gore                             )  ☐ First Amended Complaint
_____ , )  ☐ Second Amended Complaint
                      Defendant(s).  )
☑ Check if there are additional Defendants and attach page 1-A listing them.  )

## A. JURISDICTION

1.  This Court has jurisdiction over this action pursuant to:

    ☐ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983

    ☑ 28 U.S.C. § 1331; Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971).

    ☐ Other: _____ .

2.  Institution/city where violation occurred: United States penitentiary (Victorville) Adelanto

## B. DEFENDANTS

1. Name of first Defendant: B. Lamar. The first Defendant is employed as:
Complex Warden at FCC Victorville.
(Position and Title)          (Institution)

2. Name of second Defendant: N.T. McKinney. The second Defendant is employed as:
FCI I Warden at Federal Correctional Complex (Victorville)
(Position and Title)          (Institution)

3. Name of third Defendant: LT. Alemena. The third Defendant is employed as:
SIS Lutientient at Federal Correctional Complex (Victorville)
(Position and Title)          (Institution)

4. Name of fourth Defendant: G. Core. The fourth Defendant is employed as:
Captain at FCC Correctional Complex (Victorville)
(Position and Title)          (Institution)

If you name more than four Defendants, answer the questions listed above **for each additional Defendant on a separate page.**

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?   ☐ Yes   ☑ No

2. If yes, how many lawsuits have you filed? _____. Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed?  Was it appealed?  Is it still pending?)_____
      _____

   b. Second prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed?  Was it appealed?  Is it still pending?)_____
      _____

   c. Third prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed?  Was it appealed?  Is it still pending?)_____
      _____

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

## D. CAUSE OF ACTION

### CLAIM I

1. State the constitutional or other federal civil right that was violated: Violation of my Fourth Amendment Right.

2. **Claim I.** Identify the issue involved. Check **only one.** State additional issues in separate claims.

   ☐ Basic necessities    ☐ Mail    ☐ Access to the court    ☐ Medical care
   ☐ Disciplinary proceedings    ☑ Property    ☐ Exercise of religion    ☐ Retaliation
   ☐ Excessive force by an officer    ☐ Threat to safety    ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   On 4/18/22 under the authority of B. Lamar Complex Warden at FCC Victorville, A few staff removed me from my cell at 12:40 Am. My property was confiscated by then officer acting on the behalf of the complex warden who authorized that I be transfer to FCI Victorville, solitary confinement where I was housed for the next 15 month without my property. N.T Mckinnley was responsible for housing me at FCI Victorville II where she was the Warden and refuse to give me Access to my property that was later stolen by her staff. LT Alemena was the lead officer in the search of my property. According to document my property was confiscated by his officer and later went missing. When Asked About my property it could not be located. Captain Gore was the captain at the U.S.P Victorville where my property was supposedly house. Captain allow his staff that was under his authority to misplaced my property and he about it's where about. S15 Ahmed was the officer that stated that he packed All my property on the night of the search and was in charge of my property. LT stapleton was the sHd LT where I was housed and said that he had my property At once only to say that somebody took it Back to the USP victorville.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

   The actions of these federal employee, had lead to the loss of $4,000 worth of my personal property that was accumuated over 16 years of my incarceration. Such grave negligence under the color federal law render officer/Government liable for money damages.

5. **Administrative Remedies:**

   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?    ☑ Yes   ☐ No

   b. Did you submit a request for administrative relief on Claim I?    ☑ Yes   ☐ No

   c. Did you appeal your request for relief on Claim I to the highest level?    ☑ Yes   ☐ No

   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

## CLAIM II

1.  State the constitutional or other federal civil right that was violated: _____
_____.

2.  **Claim II.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
    ☐ Basic necessities ☐ Mail ☐ Access to the court ☐ Medical care
    ☐ Disciplinary proceedings ☐ Property ☐ Exercise of religion ☐ Retaliation
    ☐ Excessive force by an officer ☐ Threat to safety ☐ Other: _____.

3.  **Supporting Facts.** State as briefly as possible the FACTS supporting Claim II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____.

4.  **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
_____
_____
_____.

5.  **Administrative Remedies.**
    a.  Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☐ Yes ☐ No
    b.  Did you submit a request for administrative relief on Claim II? ☐ Yes ☐ No
    c.  Did you appeal your request for relief on Claim II to the highest level? ☐ Yes ☐ No
    d.  If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____
_____.

## CLAIM III

1.  State the constitutional or other federal civil right that was violated: _____

_____.

2.  **Claim III.** Identify the issue involved.  Check **only one**.  State additional issues in separate claims.
    - ☐ Basic necessities
    - ☐ Mail
    - ☐ Access to the court
    - ☐ Medical care
    - ☐ Disciplinary proceedings
    - ☐ Property
    - ☐ Exercise of religion
    - ☐ Retaliation
    - ☐ Excessive force by an officer
    - ☐ Threat to safety
    - ☐ Other: _____.

3.  **Supporting Facts.** State as briefly as possible the FACTS supporting Claim III.  Describe exactly what **each Defendant** did or did not do that violated your rights.  State the facts clearly in your own words without citing legal authority or arguments.

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____.

4.  **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

_____
_____
_____.

5.  **Administrative Remedies.**
    a.  Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?  ☐ Yes  ☐ No
    b.  Did you submit a request for administrative relief on Claim III?  ☐ Yes  ☐ No
    c.  Did you appeal your request for relief on Claim III to the highest level?  ☐ Yes  ☐ No
    d.  If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

_____.

**If you assert more than three Claims, answer the questions listed above for each additional Claim on a separate page.**

## E. REQUEST FOR RELIEF

State the relief you are seeking: In seeking that the damage loss that I have suffered from the loss of my property be fully repaid and all my legal expensive. I'm asking for the total of $10,900 for my losses.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  6/22/24
DATE

SIGNATURE OF PLAINTIFF

(Name and title of paralegal, legal assistant, or other person who helped prepare this complaint)

(Signature of attorney, if any)

(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space you may attach more pages, but you are strongly encouraged to limit your complaint to twenty-five pages. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages. Remember, there is no need to attach exhibits to your complaint.

### INFORMATION TO PRISONERS SEEKING LEAVE TO PROCEED WITH A CIVIL ACTION IN FEDERAL COURT *IN FORMA PAUPERIS* PURSUANT TO 28 U.S.C. § 1915

In accordance with 1996 amendments to the *in forma pauperis* statute, **AS A PRISONER YOU WILL BE OBLIGATED TO PAY THE FULL FILING FEE OF $350.00 FOR A CIVIL RIGHTS ACTION, $5.00 FOR A HABEAS CORPUS PETITION, OR $605.00 FOR AN APPEAL. If you are not afforded *in forma pauperis* status in a Civil Rights Action, you will be required to pay the $350.00 filing fee plus a $55.00 administrative fee for a total of $405.00.**

If you have the money to pay the full filing fee, send a cashier's check or money order made payable to the U.S. District Court with your complaint, petition, or notice of appeal.

If you do not have enough money to pay the full filing fee when your action is filed, you can file the action without prepaying the filing fee. The court will order the facility where you are held in custody to collect the filing fee from your prison or jail trust account. EACH MONTH YOU WILL OWE 20 PERCENT OF YOUR PRECEDING MONTH'S INCOME TOWARD THE BALANCE UNTIL THE FILING FEE IS PAID IN FULL. The facility will forward payments to the court any time the amount in the account exceeds $10.00. The balance of the filing fee will be collected even if the action is later dismissed, summary judgment is granted against you, or you fail to prevail at trial. In order to proceed with an action *in forma pauperis*, you must complete the attached form and return it to the court with your complaint, habeas corpus petition, or appeal. The form includes your authorization for the agency having custody of you to provide a certified copy of your trust account statement for activity covering the last six months directly to the Court so that your eligibility for *in forma pauperis* status can be determined. Your signature on the form also authorizes the agency having custody of you to collect money from your trust account and forward it to the Clerk of the United States District Court payments if you are granted *in forma pauperis* status. 28 U.S.C. § 1915(b)(2). If you are housed at a non-CDCR facility (such as a local jail or federal facility), you must have your institution complete the certification on the form and attach a certified copy of your prison or jail account statement for the last six months.

If you submit an incomplete form or you are ineligible for in forma pauperis status, your request to proceed *in forma pauperis* will be denied.

The court is required to screen your complaint regardless of the amount of filing fee paid and will dismiss the complaint if:

1. Your allegation of poverty is untrue;
2. The action is frivolous or malicious;
3. Your complaint does not state a claim on which relief can be granted, or
4. You sue a defendant for money damages and that defendant is immune from liability for money damages.

If you file more than three actions or appeals while incarcerated that are dismissed as frivolous, malicious, or for failure to state a claim on which relief can be granted, you will be prohibited from bringing any other actions *in forma pauperis* unless you are in imminent danger of serious physical injury.

(Revised 12/2023)

"Exhibit"

July 1, 2023

Hi Clerk

Im asking that this matter please Be file in the Court Because the matter occured in the United States penitenary (victorville). Thank you.

Respectfully

James Duo
63538066

Page 2. Continue    B. Defendant

5. Name of Defendant SIS Ahmed. The FiFth defendant is employed As A SiS officer At United states penitentary (victorville).

6. Name of defendant LT. stapleton - The Sixth defendant is employed As Lutientient At Federal Correctional Complex (victorville).

BP-A0943    Small Claims for Property Damage or Loss (31 U.S.C. § 3723) CDFRM
JUNE 10

U.S. DEPARTMENT OF JUSTICE                                    FEDERAL BUREAU OF PRISONS

| 1. Location where the property loss or damage occurred: USP Victorville FCJ Victorville I | 2. Name, address of claimant(Register number, street, city, state, and zip code): James Duo 63538066 Federal Correctional Institution P. O Box 3725 Adelanto CA 92301 |
|---|---|
| 3. Date and Day of Incident: 4/13/22 | 4. Time: (A.M. or P.M.): 12:40 Am |

5. Basis of Claim (State in detail the known facts and circumstances of the damage to, or loss, of privately owned property, identifying persons and property involved, the place of occurrence and the cause thereof)(Use additional pages, if necessary.):

On 4/13/22 I was Removed from my cell 132 unit 3B at the USP by a group of officer at 12:40 am
At the time of this Incident I was the only Inmate assigned to cell 132. I was taken to RTD and transfer
to the shu at FCI viCtorville I. A month later I was interview by SIS Ahmed and SIS LT Alemena who
informed me that my property were secured by SIS at the time of my Removal and Now was given to then
shu Property officer K. Solis. officer Solis told me that my property was Now at the FCI
victorville I and could Access it to Retrieve my Legal work that was Needed for my case. my
interachon occured with officer Solis on friday and was told I could access my property on
monday. On monday I was told by then property officer Solis that my property was missing out
the property Room unbeknown to him. Solis claimed that somebody took my entire property during
the weekend.

6. Witnesses (Please provide the name and address (number, street, city, state, and zip code of each witness)): SIS Ahmed, shu Property officer K. Solis, LT Stapleton,
shu LT Luna, shu Property officer Cardans, Captain Dennis, Unit manager Peete
case manager Villanueva

7. Amount of Claim for Damage to, or loss of, privately owned property (in dollars) (Sum Certain Amount - Total Amount Of Claim):

$4,000

8. MAIL OR DELIVER CLAIM TO THE REGIONAL OFFICE WHERE THE CLAIM OCCURRED

I CERTIFY THAT THE AMOUNT OF THE CLAIM COVERS ONLY DAMAGE TO, OR LOSS OF PRIVATELY OWNED PROPERTY CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 9. Signature of Claimant or Authorized Representative | 10. Date 1/16/23 |
|---|---|

PDF                                 Prescribed by PS 1320

Pg 1

Pg. 7

U.S. Department of Justice
Federal Bureau of Prisons
Consolidated Legal Center
535 N. Alameda Street
Los Angeles, CA 90012
Official Business

LOS ANGELES CA 900

9 NOV 2023 PM 11 L

3A

James Duo
Reg. No. 63538-066
USP ATWATER
U.S. PENITENTIARY
P.O. BOX 019001
ATWATER, CA 95301

95301-09:001



$0.63 0
US POSTAGE
FIRST-CLASS
062S001495O475
FROM 90012
S94925.020



**U. S. Department of Justice**
**Federal Bureau of Prisons**

*Los Angeles Consolidated Legal Center*
*Metropolitan Detention Center Los Angeles*

535 N. Alameda Street
Los Angeles, CA 90012

DATE MAILED:    OCT 2 0 2023

James Duo
Reg. No. 63538-066
USP ATWATER
U.S. PENITENTIARY
P.O. BOX 019001
ATWATER, CA  95301

RE:  Administrative Claim No. TRT-WXR-2023-02638

Dear Claimant:

This is in response to your inquiry dated July 18, 2023. Our
office has received your supporting documentation will be uploaded
into your claim.

Sincerely,

Eliezer Ben-Shmuel
Supervisory Attorney

Dennis M. Wong
Western Regional Counsel

Pg. 5

**U.S. Department of Justice**

**Federal Bureau of Prisons**

_____

Western Regional Office
7338 Shoreline Drive
Stockton, California 95219

February 3, 2023

James Dou
Reg. No. 63538-066
UNITED STATES PENITENTIARY
P.O. BOX 3900
Adelanto, CA 92301

RE:  Administrative Claim No. TRT-WXR-2023-02638 Received: January 30, 2023

Dear Mr. Dou:

This is to acknowledge receipt of your Small Claims for Property Damage or Loss submitted or forwarded to this office under the provisions of 31 U.S.C. § 3723.

In accordance with the applicable provisions of the statute, this agency has up to six months from the date received in which to make a final determination of your administrative claim for damages. This time frame began on the date that your claim was received for filing and processing as noted above.

Based on the location of your allegations, the Los Angeles Consolidated Legal Center will be handling your claim for investigation and response. Please note all future correspondence and change of address should reference the administrative claim number and be directed to:

  Eliezer Ben-Shmuel
  Supervisory Attorney
  MDC Los Angeles
  535 N. Alameda Street
  Los Angeles, CA 90012

Sincerely,

_For D.Wong_

DENNIS M. WONG
WESTERN REGIONAL COUNSEL

DMW/sg

Pg. 6

COPY

VIX 1330.18
August 20, 2014
Page 4

## REQUEST FOR ADMINISTRATIVE REMEDY
## INFORMAL RESOLUTION

INSTITUTION (CIRCLE ONE) FCI I  FCI II  USP  CAMP

**NOTICE TO INMATE:** Be advised that before filing a Request for Administrative Remedy form BP-229 (except as provided in §542.13(b)), you shall attempt to informally resolve your complaint through your Correctional Counselor.  Briefly state the complaint below and list what efforts you have made to resolve your complaint informally.  State names of staff contacted.

1.  Complaint and resolution you expect: I was taken out of my cell on April 13, 2022. I've been without my property since. I have deadlines I'm trying to meet. I need my property.

2.  Efforts you have made to informally resolve: Unit team, Case Manager, SHU crew, Officers

_(signature)_

Inmate's Name/Signature            63578-066            7-5-22
                                   Reg. No.             Date

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**FOR STAFF USE ONLY**

| 07-04-2022 ✓ | 07-07-2022 ✓ | 07-14-22 ✓ | 07-20-22 ✓ |
|---|---|---|---|
| Date Form Issued | Date Form Returned | BP-9 Issued | BP-9 Returned |

Steps taken to resolve complaint and conclusion: YOU ARE CURRENTLY UNDER SIS INVESTIGATION. SIS IS IN POSSESSION OF YOUR PROPERTY.

CSW VILLANUEVA            7-11-22
Counselor Signature       Date

Unit Manager's Comments: Concur with the staff member's response.

_(signature)_            7·11·22
Unit Manager Signature    Date

RECEIVED
JUL 2 8 2022

**Distribution:** If complaint is **NOT** informally resolved - Forward this original form attached to BP-9 Form to the Administrative Remedy Clerk.

Pg 2

**Request for Administrative Remedy**
**Case No.: 1128328-F1**

This is in response to your Request for Administrative Remedy, received in this office on July 28, 2022. In your request, you expressed your concern that your food items were missing from your personal property after it was packed and inventoried by staff.

A review of your BP-A0383 has revealed that your locker was found unsecured when staff packed and inventoried your personal property. Furthermore, food items are considered consumable, therefore, there is no way for staff to corroborate if the food items were consumed prior to your property being packed and inventoried.

Program Statement 1330.18, <u>Administrative Remedy Program</u>, paragraph c, notes there are statutorily-mandated procedures in place for filing an administrative tort claim. Any claims for inmate property loss must be filed in accordance with the Federal Tort Claims Act. You may obtain the appropriate forms by submitting an Inmate Request to Staff through your Unit Team.

Accordingly, this response to your Request for Administrative Remedy is informational purposes only. If you are not satisfied with this response, you may appeal to the Western Regional Director. Your appeal must be received by the Regional Administrative Remedy Coordinator, Federal Bureau of Prisons, Western Regional Office, 7338 Shoreline Drive, Stockton, CA 95219, within twenty (20) calendar days from the date of this response.

_____        _____
B. Lammer, Complex Warden                       Date

Pg. 3

**Request for Administrative Remedy**
**Case No.: 1128324-F1**

This is in response to your Request for Administrative Remedy,
received in this office on July 28, 2022. In your request, you
state that you were moved to the Special Housing Unit at FCI
Victorville and you were not told why you were moved. As relief,
you ask to be released back to general population.

You were moved to FCI Victorville I because you are under an SIS
Investigation. Your status in the Special Housing is reviewed on
a weekly basis, and upon the conclusion of the investigation,
you will be notified of any recommendations/findings of the
investigation. Due to safety and security concerns, more
specific information cannot be disclosed in this response.

Accordingly, this response to your Request for Administrative
Remedy is informational purposes only. If you are not satisfied
with this response, you may appeal to the Western Regional
Director. Your appeal must be received by the Regional
Administrative Remedy Coordinator, Federal Bureau of Prisons,
Western Regional Office, 7338 Shoreline Drive, Stockton, CA
95219, within twenty (20) calendar days from the date of this
response.


B. Lammer, Complex Warden                    8/12/2022
                                             Date

Pg. 4



James Dw 635?.....
United States Peni...
P O Box 01...
#(water CA 9530)

RDC 99

Retail

90012

U.S. POSTAGE PAID
FCM LG ENV
ATWATER, CA 95301
JUL 18, 2024

$0.00

S2324H503820-05

9589 0710 5270 0710 6514 69

CERTIFIED MAIL

U.S District C...
Central District of C...

RECEIVED
CLERK, U.S. DISTRICT COURT

JUL 2 2 2024

CENTRAL DISTRICT OF CALIFORNIA
BY                        DEPUTY



